```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 32163
   MICHAEL J MURRAY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3864

----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     The case was filed on 11/24/2008 and was not confirmed.

     The case was dismissed without confirmation 02/04/2009.
----------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------------
CAVALRY PORTFOLIO SERVIC  UNSECURED         3508.89          .00            .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00          .00            .00
SELECT PORTFOLIO SERVICI  SECURED NOT I    25573.80          .00            .00
SPRINT NEXTEL             UNSECURED          608.49          .00            .00
COMMONWEALTH EDISON       UNSECURED          139.67          .00            .00
PRA RECEIVABLES MGMT      UNSECURED         1381.54          .00            .00
PRA RECEIVABLES MGMT      UNSECURED          575.33          .00            .00
JOYNER LAW OFFICE         DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       ---------------       ---------------
TOTALS                     .00                    .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 32163 MICHAEL J MURRAY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE